UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ALICE SINANYAN, *et al.*, | |
| Plaintiffs, | 2:15-cv-00225-GMN-VCF |
| vs. | **ORDER** |
| LUXURY SUITE INTERNATIONAL, LLC, *et al.*, | |
| Defendants. | |

Before the court is Defendant Luxury Suites International, LLC's Motion for Leave to File Its Amended Answer to the First Amended Complaint (#53). LSI's counsel stated that based on his discussion with Plaintiff's counsel, he understands that Plaintiff will not file an opposition to the instant motion. *Id.*

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendant Luxury Suites International, LLC's Motion for Leave to File Its Amended Answer to the First Amended Complaint (#53) must be filed on or before November 24, 2015.

DATED this 17th day of November, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE