# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ALICE SINANYAN, *et al.*, | |
| Plaintiffs, | 2:15-cv-00225-GMN-VCF |
| vs. | **ORDER** |
| LUXURY SUITE INTERNATIONAL, LLC, *et al.*, | |
| Defendants. | |

Before the court is Defendant Luxury Suites International, LLC's Motion for Leave to File Its Amended Answer to the First Amended Complaint (#53).  LSI's counsel stated that based on his discussion with Plaintiffs' counsel, he understands that Plaintiffs will not file an opposition to the instant motion. *Id.*

Pursuant to LR 7-2 (d), "[t]he failure of an opposing party to file points and authorities in response to any motions shall constitute a consent to the granting of the motion."  The time to oppose has passed.  To date, no opposition has been filed.  Here, it would seem that Plaintiffs have consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that Defendant Luxury Suites International, LLC's Motion for Leave to File Its Amended Answer to the First Amended Complaint (#53) is GRANTED.  Defendant must file its Amended Answer to the First Amended Complaint on or before December 8, 2015.

DATED this 1st day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE