# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ALICE SINANYAN, *et al.*,

        Plaintiffs,

vs.

LUXURY SUITES INTERNATIONAL, LLC, *et al.*,

        Defendants.

2:15-cv-00225-GMN-VCF

**ORDER**

    Before the court is Defendant LSI's Motion to Strike the ECF's Automatic Deadline and Enforce the Court's Amended Scheduling Order: And Memorandum in Support (#59).

    IT IS HEREBY ORDERED that a hearing on Defendant LSI's Motion to Strike the ECF's Automatic Deadline and Enforce the Court's Amended Scheduling Order: And Memorandum in Support (#59) is scheduled for 9:30 a.m., January 29, 2016, in courtroom 3D.  Any opposition must be filed on or before January 26, 2016.  No reply necessary.

    IT IS SO ORDERED.

    DATED this 21st day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE