1    J. SCOTT BURRIS
      Nevada Bar No. 10529
2    **WILSON, ELSER, MOSKOWITZ,**
      **EDELMAN & DICKER LLP**
3    300 South 4th Street, 11th Floor
      Las Vegas, NV 89101
4    (702) 727-1400; FAX (702) 727-1401
      J.Scott.Burris@wilsonelser.com
5    Attorneys for Defendant
      LUXURY SUITES INTERNATIONAL, LLC

DON SPRINGMEYER, ESQ.
Nevada Bar No. 1021
JUSTIN JONES, ESQ.
Nevada Bar No. 8519
ROYI MOAS, ESQ.
Nevada Bar No. 10686
**WOLF, RIFKIN, SHAPIRO,**
**SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
jjones@wrslawyers.com
rmoas@wrslawyers.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALICE SINANYAN, an individual; JAMES KOURY, an individual and trustee of the Koury Family Trust; and SEHAK TUNA, an individual, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LUXURY SUITES INTERNATIONAL, LLC, a Nevada limited liability company; RE/MAX PROPERTIES, LLC, a Nevada limited liability company; JETLIVING HOTELS, LLC, a Nevada limited liability company; JAB AFFILIATES, LLC, a Nevada limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:15-CV-00225-GMN-VCF<br><br>*District Judge Gloria M. Navarro*<br>*Magistrate Judge Cam Ferenbach*<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF SEHAK TUNA** |

PLEASE TAKE NOTICE, that it is hereby stipulated between Plaintiffs and Defendant LUXURY SUITES INTERNATIONAL, LLC, a Nevada limited liability company, by and through counsel of record, that all of Plaintiff Sehak Tuna's claims, as alleged in this matter against Defendant LUXURY SUITES INTERNATIONAL, LLC, a Nevada limited liability company, shall be dismissed with prejudice, each party to bear its own attorney's fees and costs.[1]

DATED this 29th day of April, 2016.

**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**

By: */s/ Justin Jones*
DON SPRINGMEYER, ESQ.
Nevada Bar No. 1021
JUSTIN JONES, ESQ.
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
*Attorneys for Plaintiffs*

DATED this 29thth day of April, 2016.

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By: */s/ J. Scott Burris*
J. SCOTT BURRIS, ESQ.
Nevada Bar No. 10529
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
Attorneys for Defendant Luxury Suites
International, LLC

Dated this __30__ day of April, 2016.

**IT IS SO ORDERED**.

_____
HONORABLE UNITED STATES JUDGE

---

[1] Plaintiff Tuna did not assert claims against Defendant JetLiving Hotels, LLC nor JAB Affiliates, LLC and therefore there are no claims to be dismissed and counsel for those parties were not made part of the stipulation.

-2-

Stipulation and Order to Dismiss Sehak Tuna

1 | **CERTIFICATE OF SERVICE**

2 | I hereby certify that on this 29th day of April, 2016, a true and correct copy of

3 | **STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFF SEHAK TUNA**

4 | was served via the United States District Court CM/ECF system on all parties or persons

5 | requiring notice.

By:  */s/ Dannielle Fresquez*
Dannielle Fresquez, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP

-3-
Stipulation and Order to Dismiss Sehak Tuna