**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ALICE SINANYAN, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>LUXURY SUITES INTERNATIONAL, LLC, *et al.*,<br><br>        Defendants. | 2:15-cv-00225-GMN-VCF<br><br>**ORDER** |

Before the Court is Plaintiffs' motion for sanctions against Defendant JAB Affiliates, LLC for failure to comply with court order (Doc. 78) (ECF No. 91).

IT IS HEREBY ORDERED that a hearing on Plaintiffs' motion for sanctions against Defendant JAB Affiliates, LLC for failure to comply with court order (Doc. 78) (ECF No. 91) is scheduled for 1:00 p.m., June 3, 2016, in courtroom 3D.

DATED this 26th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE