DON SPRINGMEYER, ESQ.
Nevada Bar No. 1021
JUSTIN JONES, ESQ.
Nevada Bar No. 8519
ROYI MOAS, ESQ.
Nevada Bar No. 10686
**WOLF, RIFKIN, SHAPIRO,**
**SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
jjones@wrslawyers.com
rmoas@wrslawyers.com
Attorneys for Plaintiffs
ALICE SINANYAN AND JAMES KOURY

J. SCOTT BURRIS
Nevada Bar No. 10529
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
300 South 4th Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
J.Scott.Burris@wilsonelser.com
Attorneys for Defendant
LUXURY SUITES INTERNATIONAL, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALICE SINANYAN, an individual; JAMES KOURY, an individual and trustee of the Koury Family Trust; and SEHAK TUNA, an individual, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LUXURY SUITES INTERNATIONAL, LLC, a Nevada limited liability company; RE/MAX PROPERTIES, LLC, a Nevada limited liability company; JETLIVING HOTELS, LLC, a Nevada limited liability company; JAB AFFILIATES, LLC, a Nevada limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:15-CV-00225-GMN-VCF<br><br><br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE AND REPLY DEADLINES RE: DEFENDANT LUXURY SUITES INTERNATIONAL, LLC'S MOTION FOR PARTIAL SUMMARY JUDMGENT AGAINST PLAINTIFF KOURY [ECF No. 99]** |

1  PLEASE TAKE NOTICE, that it is hereby stipulated between Plaintiffs and Defendant
2  Luxury Suites International, LLC ("LSI"), a Nevada limited liability company, by and through
3  counsel of record, that the deadlines for response and reply regarding LSI's Motion for Partial
4  Summary Judgment Against Plaintiff Koury [ECF No. 99] be continued as follows:
5      1)    Plaintiffs' Response date shall be continued from July 8, 2016 to **July 25, 2016**;
6  and,
7      2)    LSI's Reply date shall be continued from July 18, 2016 to **August 9, 2016**.
8  The proposed continuance of response and reply deadlines is necessary as the Parties are
9  attempting to resolve certain discovery disputes that directly relate to one or more grounds state
10 for partial summary judgment and Plaintiff Koury's response thereto.

DATED this 29th day of June, 2016.

**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**

By: */s/ Justin Jones*
DON SPRINGMEYER, ESQ.
Nevada Bar No. 1021
JUSTIN JONES, ESQ.
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Attorneys for Plaintiffs Alice Sinanyan
and James Koury

DATED this 29th day of June, 2016.

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By: */s/ J. Scott Burris*
J. SCOTT BURRIS, ESQ.
Nevada Bar No. 10529
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
Attorneys for Defendant Luxury Suites
International, LLC

**IT IS HEREBY ORDERED** that:

    1)    Plaintiffs' Response date shall be continued from July 8, 2016 to **July 25, 2016**; and,

    2)    LSI's Reply date shall be continued from July 18, 2016 to **August 9, 2016**.

_____
HONORABLE UNITED STATES JUDGE

Dated this \_7\_ day of July, 2016.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2016, a true and correct copy of **STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE AND REPLY DEADLINES RE: DEFENDANT LUXURY SUITES INTERNATIONAL, LLC'S MOTION FOR PARTIAL SUMMARY JUDMGENT AGAINST PLAINTIFF KOURY [ECF No. 99]** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: */s/ Dannielle Fresquez*
Dannielle Fresquez, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP