DON SPRINGMEYER, ESQ.
Nevada Bar No. 1021
ROYI MOAS, ESQ.
Nevada Bar No. 10686
JORDAN BUTLER, ESQ
Nevada Bar No. 10531
**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
rmoas@wrslawyers.com
jbutler@wrslawyers.com
ATTORNEYS FOR PLAINTIFFS AND THE CLASS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALICE SINANYAN, an individual; JAMES KOURY, an individual and trustee of the Koury Family Trust; and SEHAK TUNA, an individual, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LUXURY SUITES INTERNATIONAL, LLC, a Nevada limited liability company; RE/MAX PROPERTIES, LLC, a Nevada limited liability company; JETLIVING HOTELS, LLC, a Nevada limited liability company; JAB AFFILIATES, LLC, a Nevada limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:15-CV-00225-GMN-VCF<br><br><br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT RE/MAX PROPERTIES, LLC** |

PLEASE TAKE NOTICE, that it is hereby stipulated between Plaintiffs and Defendant RE/MAX PROPERTIES, LLC, a Nevada limited liability company, by and through counsel of record, that all of Plaintiffs' claims, as alleged in this matter against Defendant RE/MAX PROPERTIES, LLC, a Nevada limited liability company, shall be dismissed with prejudice, each party to bear its own attorney's fees and costs.

/ / /

| | |
|---|---|
| DATED this 22nd day of March, 2018. | DATED this 22nd day of March, 2018. |
| **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
| /s/ *Jordan J. Butler*<br>DON SPRINGMEYER, ESQ.<br>Nevada Bar No. 1021<br>ROYI MOAS, ESQ.<br>Nevada Bar No. 10686<br>JORDAN BUTLER, ESQ<br>Nevada Bar No. 10531<br>3556 E. Russell Road, Second Floor<br>Las Vegas, Nevada 89120<br>*Attorneys for Plaintiffs and the Class* | /s/ *J. Scott Burris*<br>J. SCOTT BURRIS, ESQ.<br>Nevada Bar No. 10529<br>300 South 4th Street, 11th Floor<br>Las Vegas, NV 89101<br>*Attorneys for Defendants, Luxury Suites International, LLC and Re/Max Properties, LLC* |

**ORDER**

**IT IS SO ORDERED**.

Dated: this __23__ day of March, 2018.     _____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT