1 DON SPRINGMEYER, ESQ.
Nevada Bar No. 1021
2 ROYI MOAS, ESQ.
Nevada Bar No. 10686
3 JORDAN BUTLER, ESQ
Nevada Bar No. 10531
4 **WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**
5 3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
6 (702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
7 rmoas@wrslawyers.com
jbutler@wrslawyers.com
8 ATTORNEYS FOR PLAINTIFFS AND THE
CLASS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALICE SINANYAN, an individual; JAMES KOURY, an individual and trustee of the Koury Family Trust; and SEHAK TUNA, an individual, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LUXURY SUITES INTERNATIONAL, LLC, a Nevada limited liability company; RE/MAX PROPERTIES, LLC, a Nevada limited liability company; JETLIVING HOTELS, LLC, a Nevada limited liability company; JAB AFFILIATES, LLC, a Nevada limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:15-CV-00225-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT JAB AFFILIATES, LLC** |

PLEASE TAKE NOTICE, that it is hereby stipulated between Plaintiffs and Defendant JAB AFFILIATES, LLC, a Nevada limited liability company, by and through counsel of record, that all of Plaintiffs' claims, as alleged in this matter against Defendant JAB AFFILIATES, LLC, a Nevada limited liability company, shall be dismissed without prejudice, each party to bear its own attorney's fees and costs.

/ / /

| | |
|---|---|
| DATED this 22nd day of March, 2018. | DATED this 22nd day of March, 2018. |
| **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** | **DUNN FIRM, P.C.** |
| /s/ *Jordan J. Butler* | */s/Steven R. Dunn* |
| DON SPRINGMEYER, ESQ. | STEVEN R. DUNN, ESQ. |
| Nevada Bar No. 1021 | (Admitted Pro Hac Vice) |
| ROYI MOAS, ESQ. | 3000 Blackburn Street, No. 2004 |
| Nevada Bar No. 10686 | Dallas, Texas 75204 |
| JORDAN BUTLER, ESQ | *Attorneys for Defendant,* |
| Nevada Bar No. 10531 | *JAB Affiliates, LLC* |
| 3556 E. Russell Road, Second Floor | |
| Las Vegas, Nevada 89120 | |
| *Attorneys for Plaintiffs and the Class* | |

## **ORDER**

**IT IS SO ORDERED**.

Dated: this  23   day of March, 2018.  _____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT